UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE

LAWYER DISCIPLINARY BOARD,

    Petitioner,

v.                                     Misc. No.: 2:25-mc-81

MONICA D. COLEMAN, a member of
The West Virginia State Bar,

    Respondent.

## ATTORNEY REMOVAL ORDER

This Court has been notified by the Supreme Court of Appeals of West Virginia that the license to practice law in the State of West Virginia of Monica D. Coleman has been annulled by voluntary consent, by Order entered on January 24, 2025, a copy of which is attached hereto and made a part hereof.

**IT IS ORDERED** that the District Court records be amended to reflect the annulment by voluntary consent and that Monica D. Coleman is barred from appearances in this Court.

The Clerk is further **ORDERED** to remove Monica D. Coleman from the list of attorneys admitted to practice in the District Court.

The Clerk is directed to send a certified copy of this order to Monica D. Coleman, at her last known address 300 Virginia Street East, Suite 4000, Charleston, WV 25301, to each divisional Clerk's Office in this District, and the Attorney Admission Coordinator.

ENTER: June 30, 2025



Frank W. Volk
Chief United States District Judge

STATE OF WEST VIRGINIA

SCA EFiled: Jan 24 2025
02:10PM EST
Transaction ID 75510162

At a Regular Term of the Supreme Court of Appeals, continued and held at Charleston, Kanawha County, on January 24, 2025 the following order was made and entered:

Office of Lawyer Disciplinary Counsel,
Petitioner

v.) No. 24-717

Monica D. Coleman, a member of the
West Virginia State Bar,
Respondent

# ORDER

On December 9, 2024, the Office of Lawyer Disciplinary Counsel, by Rachael L. Fletcher Cipoletti, Chief Lawyer Disciplinary Counsel, in accordance with Rule 3.25 of the Rules of Lawyer Disciplinary Procedure, presented to the Court its petition praying for the Court to accept the annulment of the license to practice law in the State of West Virginia of the respondent, Monica D. Coleman. The formal affidavit, under seal, of the respondent consenting to voluntary disbarment was separately filed on the same date.

Upon consideration and review, the Court does grant the petition. It is ORDERED that, pursuant to Rule 3.25 of the Rules of Lawyer Disciplinary Procedure, the license to practice law in the State of West Virginia of the respondent Monica D. Coleman is annulled by voluntary consent.

Service of an attested copy of this order constitutes sufficient notice of the contents.

A True Copy

Attest: /s/ C. Casey Forbes
Clerk of Court

